CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 31 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OLUYOMI MARTINS,<br>    Plaintiff, | Civil Action No. 7:11-cv-00252 |
| v. | **ORDER** |
| BETTY AKERS, et al.,<br>    Defendants. | By:  Hon. James C. Turk<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motions to dismiss and for summary judgment are **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 31st day of July, 2012.

                                          /s/ James C. Turk
                                        Senior United States District Judge